**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DENNIS BERRY**,

        Plaintiff,

vs.                            CASE NO.: **3:16-cv-201-J-39PDB**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**,

        Defendant.

___

### UNOPPOSED *AMENDED* MOTION TO EXTEND THE TIME FOR DISCLOSURE OF EXPERT REPORTS

Plaintiff DENNIS BERRY (hereinafter "Plaintiff"), by and through his undersigned counsel, files this Unopposed Amended Motion to Extend the Time for Disclosure of Expert Reports and Memorandum in Support, and as grounds therefor state:

1. The Case Management and Scheduling Order and Referral to Mediation (Doc. 8) filed April 13, 2016, sets forth a deadline for disclosure of expert reports for Plaintiff of February 17, 2017, and for Defendant of March 17, 2017.

2. The Plaintiff requests this Court to extend the deadline for his expert witness disclosures ten (10) days from February 17, 2017 to February 27, 2017.

3. Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "Defendant") does not oppose this motion provided a parallel 10 day

extension is granted from March 17, 2017 to March 27, 2017 for the deadline for Defendant's expert witness disclosure.

4. This requested change in the Case Management and Scheduling Order and Referral to Mediation will not affect the scheduled jury trial set for the jury trial term beginning September 5, 2017.

**CERTIFICATE OF GOOD FAITH**:  The attorneys for the parties hereby certify that they have conferred pursuant to Local Rule 3.01(g), and Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests this Court to grant his motion and extend the deadline of expert disclosure for Plaintiff to February 27, 2017, and the deadline of expert disclosure for Defendant to March 27, 2017.

**MEMORANDUM**

The Case Management and Scheduling Order and Referral to Mediation was filed pursuant to Local Rule 3.05.  The scope and construction of the Local Rules for the Middle District of Florida state that the Local Rules are "intended to supplement and complement the Federal Rules of Civil Procedure."  Local Rule 1.01(b).  Federal Rule of Civil Procedure 6(b) states in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…

F.R.C.P. 6(b).

2

Local Rule 1.01(c) states this Court "…may suspend application and enforcement of these rules, in whole or in part, in the interests of justice in individual cases by written order." Defendant does not oppose this motion. Therefore, Plaintiff respectfully submits that in the interests of justice and in the interests of judicial economy, the discovery deadline should be extended for expert disclosure of Plaintiff to February 27, 2017 and of Defendant to March 27, 2017. This requested change in the Case Management and Scheduling Order and Referral to Mediation will not affect the scheduled jury trial set for the jury trial term beginning September 5, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Carol M. Bishop, cmb@taylordaylaw.com, and Gina P. Grimsley, gpg@taylordaylaw.com of Taylor Day Grimm & Boyd.

 /s/ Robert J. Mayes
ROBERT J. MAYES - Fla Bar #150115
Jonathan R. Mayes-Fla. Bar #0147346
**MAYES LAW FIRM, P.A.**
913 Gulf Breeze Pkwy., Suite 44
Gulf Breeze, FL 32561
Telephone:   (850) 932-1962
Facsimile:   (850) 932-1963
Email: Jonathan@mayeslaw.com
       britny@mayeslaw.com
**ATTORNEYS FOR PLAINTIFF**